GJ # 96-1-21

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

No. 96-131-CR-ORL-22

FRANK H. LEHMEYER
WOLFGANG MICHAEL KLOE
ENRICO JOSEPH TRUANT
 a/k/a Rick Truant
OLAF STROHMANN
ROLAND WERNER
SIMON DAVID HARRIS

18 U.S.C. § 371
18 U.S.C. § 1956(a)(2)(A)
18 U.S.C. § 1956(a)(3)(A)
18 U.S.C. § 545
16 U.S.C. § 3372(a)(1)
16 U.S.C. § 3373(d)(1)(B)
16 U.S.C. § 1538(a)(1)(E)
16 U.S.C. § 1540(b)(1)
18 U.S.C. § 751(a)

The Grand Jury charges:

## COUNT ONE

### I. INTRODUCTION

The following statements were true at all times pertinent to this Indictment:

1.     FRANK H. LEHMEYER, WOLFGANG MICHAEL KLOE, OLAF STROHMANN and ROLAND WERNER were German citizens living in or near Frankfurt, Germany.

2.     ENRICO JOSEPH TRUANT, a/k/a Rick Truant, was a Canadian citizen living in or near Windsor, Ontario, Canada.

3.     SIMON DAVID HARRIS was a British citizen living in South Africa.

4.     The United States Government is a signatory to an international treaty known as the Convention on International Trade in Endangered Species of Wild Fauna and Flora, T.I.A.S. 8249 (hereinafter "CITES").

10

5.      Under CITES, species are protected according to a classification system known as "appendices." Wildlife species listed on Appendix I of CITES are those whose continued existence is considered threatened by trade. Wildlife species listed on Appendix II of CITES are those whose continued existence may become threatened by trade.

6.      At all times relevant to this Indictment, the Madagascan Ground Boa (Acrantophis madagascariensis), the Madagascan Tree Boa (Sanzinia madagascariensis), and the Radiated Tortoise (Geochelone radiata), were listed on Appendix I of CITES. At all times relevant to this Indictment, the Savu Python (Liasis mackloti) and the Spider Tortoise (Pyxis arachnoides), were listed on Appendix II of CITES.

7.      The nations which are members of CITES have agreed to monitor and regulate trade in Appendix I and II species by prohibiting their international trade unless certain permits are first obtained and presented. In the United States, regulations which control the importation of species listed within CITES are contained in Title 50 of the Code of Federal Regulations. Title 50, Code of Federal Regulations, Section 23.12(a)(1), requires that, prior to importing a specimen of an Appendix I species of wildlife into the United States, a valid foreign export permit issued by the specimen's country of origin, or a valid foreign re-export certificate issued by the country of re-export, and a valid import permit from the U.S. Fish and Wildlife Service, must be obtained. Title 50, Code of Federal Regulations, Section 23.12(a)(2), applies to Appendix II species. It requires that prior to importing a specimen of an Appendix II species of wildlife into the United States, a valid foreign export permit issued by the specimen's country of origin, or a valid foreign re-export certificate issued by the country of re-export, must be obtained.

2

8. The Endangered Species Act serves two functions relevant to this Indictment. First, the Endangered Species Act implements the provisions of CITES by stating that "It is unlawful for any person . . . to engage in trade of any species contrary to the provisions of (CITES) . . ." Title 16, United States Code, Section 1538(c)(1). Second, the Endangered Species Act prohibits the importation of species listed by the United States as being endangered, pursuant to Title 16, United States Code, Section 1538(a)(1)(A).

9. Some wildlife species are listed on a CITES Appendix and also within the Endangered Species Act's list of endangered species. For example, at all times relevant to this Indictment, the Radiated Tortoise (Geochelone radiata) was listed both as an endangered species under the Endangered Species Act, pursuant to Title 50, Code of Federal Regulations, Section 17.11, and on Appendix I of CITES.

10. In addition to the requirements of CITES and the Endangered Species Act, federal law requires that all wildlife, including reptiles, must be presented, prior to importation, to the United States Department of the Interior, Fish and Wildlife Service, and the United States Customs Service, for inspection. Title 50, Code of Federal Regulations, Section 14.61; Title 19, Code of Federal Regulations, Section 148.11; subject to the penalties of Title 19, United States Code, Section 1497. Federal law also requires that all wildlife imported into the United States must be cleared by the U.S. Fish and Wildlife Service, for which purpose the importer or his agent shall make available to the Service or Customs officer specific documentation including all permits, as well as the wildlife being imported. Title 50, Code of Federal Regulations, Section 14.52.

11. At no time relevant to this Indictment did FRANK H. LEHMEYER, WOLFGANG MICHAEL KLOE, ENRICO JOSEPH TRUANT, a/k/a Rick Truant, OLAF

3

STROHMANN, ROLAND WERNER, SIMON DAVID HARRIS or any other co-conspirator known to the Grand Jury, obtain from the U.S. Fish and Wildlife Service any CITES permit required for the importation of any Appendix I Madagascan reptile described below.

12. At no time relevant to this Indictment did FRANK H. LEHMEYER, WOLFGANG MICHAEL KLOE, ENRICO JOSEPH TRUANT, a/k/a Rick Truant, OLAF STROHMANN, ROLAND WERNER, SIMON DAVID HARRIS or any other co-conspirator known to the Grand Jury present or declare any shipment of Madagascan wildlife described below for inspection and clearance by the U.S. Fish and Wildlife Service and U.S. Customs Service.

13. The Grand Jury incorporates and realleges by reference the preceding introductory allegations set forth in paragraphs 1 through 12 in each and every Count of this Indictment.

## II. THE OBJECTIVES OF THE CONSPIRACY

On or about January 1, 1993, and continuing until on or about the date of this Indictment, in the Middle District of Florida and elsewhere,

FRANK H. LEHMEYER
WOLFGANG MICHAEL KLOE
ENRICO JOSEPH TRUANT
a/k/a Rick Truant
OLAF STROHMANN
ROLAND WERNER
and
SIMON DAVID HARRIS

the defendants herein, did knowingly, willfully, and unlawfully combine, conspire, confederate, and agree together with each other and with others known and unknown to the Grand Jury to commit acts in violation of the laws of the United States, namely:

4

14.    **Objective Number One:** To knowingly and fraudulently import merchandise, that is, reptiles, into the United States in a manner contrary to law, in violation of Title 18, United States Code, Section 545.

15.    **Objective Number Two:** To knowingly and fraudulently receive, conceal, buy, sell, and facilitate the transportation, concealment, and sale of merchandise imported contrary to law, that is, reptiles, after importation, knowing the same to have been imported and brought into the United States contrary to law, in violation of Title 18, United States Code, Section 545.

16.    **Objective Number Three:** To knowingly engage in conduct involving the sale and purchase of wildlife having a market value exceeding $350, knowing said wildlife had been possessed, transported, and sold in violation of United States law, in violation of Title 16, United States Code, Sections 3372(a)(1) and 3373(d)(1)(B).

17.    **Objective Number Four:** To knowingly engage in trade in CITES Appendix I and II species of wildlife in a manner contrary to the provisions of CITES, in violation of Title 16, United States Code, Section 1538(c)(1).

18.    **Objective Number Five:** To knowingly and unlawfully deliver, receive, carry, transport and ship an endangered species, in interstate and foreign commerce, in the course of a commercial activity, in violation of Title 16, United States Code, Sections 1538(a)(1)(E) and 1540(b)(1).

19.    **Objective Number Six:** To knowingly transport, transmit, and transfer, and attempt to transport, transmit, and transfer, monetary instruments and funds from a place outside the United States to a place within the United States, with the intent to promote the

carrying on of specified unlawful activity, that is, an offense under Title 18, United States Code, Section 545, in violation of Title 18, United States Code, Section 1956(a)(2)(A).

20.    **Objective Number Seven:** To knowingly conduct and attempt to conduct a financial transaction involving property represented to be the proceeds of specified unlawful activity, and property used to conduct and facilitate specified unlawful activity, with the intent to promote the carrying on of specified unlawful activity, that is, an offense under Title 18, United States Code, Section 545, in violation of Title 18, United States Code, Section 1956(a)(3)(A).

## III. MANNER AND MEANS OF THE CONSPIRACY

21.    It was part of said conspiracy that FRANK H. LEHMEYER and WOLFGANG MICHAEL KLOE would travel from Germany to Madagascar, collect reptiles in that country, including Madagascan Tree Boas, Madagascan Ground Boas, Radiated Tortoises, and Spider Tortoises, and transport the animals to Germany.

22.    It was further part of said conspiracy that FRANK H. LEHMEYER and WOLFGANG MICHAEL KLOE would offer to sell, and would sell, some of these Madagascan reptiles to ENRICO JOSEPH TRUANT, a/k/a Rick Truant, living in Canada, and to a person whom they believed to be a wildlife dealer in Arizona.

23.    It was further part of said conspiracy that the animals would be transferred from FRANK H. LEHMEYER and WOLFGANG MICHAEL KLOE in Germany to ENRICO JOSEPH TRUANT, a/k/a Rick Truant, in Canada, by individuals who were paid to travel from Canada to Germany, take possession of the Madagascan reptiles from FRANK H. LEHMEYER and WOLFGANG MICHAEL KLOE, and transport the reptiles,

6

concealed in their baggage, into Canada for delivery to ENRICO JOSEPH TRUANT, a/k/a Rick Truant.

24.     It was further part of said conspiracy that some of the reptiles transported into Canada would then be transported into the United States from Canada by ENRICO JOSEPH TRUANT, a/k/a Rick Truant, and other members of the conspiracy, without presentation or declaration to, or clearance by, United States authorities, for shipment in interstate commerce between Detroit and Arizona.

25.     It was further part of said conspiracy that some Madagascan reptiles held by FRANK H. LEHMEYER and WOLFGANG MICHAEL KLOE in Germany would be unlawfully imported directly into the United States from Germany by FRANK H. LEHMEYER, WOLFGANG MICHAEL KLOE, OLAF STROHMANN, ROLAND WERNER, SIMON DAVID HARRIS, and others, through New Jersey, Orlando, Florida, and elsewhere. FRANK H. LEHMEYER, WOLFGANG MICHAEL KLOE, ENRICO JOSEPH TRUANT, a/k/a Rick Truant, OLAF STROHMANN, ROLAND WERNER, SIMON DAVID HARRIS, and other members of the conspiracy, would accomplish these unlawful importations of wildlife into the United States by concealing the reptiles from authorities and neither obtaining the necessary permits for such importation, nor declaring the reptiles to an agent of the United States Fish and Wildlife Service or United States Customs Service for inspection and clearance.

26.     It was further part of said conspiracy that ENRICO JOSEPH TRUANT, a/k/a Rick Truant and SIMON DAVID HARRIS, would transfer, transmit, and transport, and attempt to transfer, transmit, and transport, monetary instruments and funds from Canada

7

and Germany to the United States to promote the carrying on of a specified unlawful activity, which was the unlawful importation of Madagascan reptiles into the United States.

27.    It was further part of said conspiracy that FRANK H. LEHMEYER, WOLFGANG MICHAEL KLOE, ENRICO JOSEPH TRUANT, a/k/a Rick Truant, and other members of the conspiracy, with the intent to promote the carrying on of specified unlawful activity, that is, the unlawful importation of Madagascan reptiles into the United States, would conduct and attempt to conduct financial transactions affecting interstate and foreign commerce involving property represented to be the proceeds of specified unlawful activity, and property used to conduct and facilitate specified unlawful activity.

## IV. OVERT ACTS

In furtherance of the conspiracy and in order to effect the objectives thereof, the following overt acts, among others, were committed by FRANK H. LEHMEYER, WOLFGANG MICHAEL KLOE, ENRICO JOSEPH TRUANT, a/k/a Rick Truant, OLAF STROHMANN, ROLAND WERNER, SIMON DAVID HARRIS, or another co-conspirator.

### A.    Introduction

1.    On or about February 8, 1993, ENRICO JOSEPH TRUANT, who commonly referred to himself as "Rick" Truant, spoke telephonically to a person he believed to be a wildlife dealer in Arizona. The Arizona wildlife dealer was, in fact, an undercover Special Agent of the United States Fish and Wildlife Service. ENRICO JOSEPH TRUANT, a/k/a Rick Truant, told the undercover agent that he (TRUANT) knew a person in Germany named FRANK LEHMEYER who dealt in reptiles.

2.     On or about March 20, 1994, FRANK H. LEHMEYER told the undercover agent of friends who had recently transported Madagascan Tree Boas, which he referred to by their scientific name "Sanzinia," from Madagascar to Germany. FRANK H. LEHMEYER said "this is illegal." During this conversation, FRANK H. LEHMEYER told the undercover agent that he had recently spent three months in Madagascar and "had probably fifty Sanzinias total" (Madagascan Tree Boas) during that period. FRANK H. LEHMEYER told the undercover agent that he presently possessed twenty-eight Madagascan Tree Boas. FRANK H. LEHMEYER stated that "here in Germany, no one breeds them . . . sometimes people are selling Sanzinia babies . . . but these are from wild-caught females or they are, you know, from - direct from Madagascar." FRANK H. LEHMEYER said this has become more difficult recently because "they check every suitcase if you leave the country. And, uh, normally you could, uh, pay at Customs and, uh, they stopped that since last year when they changed the government." FRANK H. LEHMEYER told the undercover agent that travellers from Madagascar are also sometimes checked at the airports in Germany, and that sometimes reptile collections in Germany are also "checked" by the authorities.

3.     On or about February 18, 1995, ENRICO JOSEPH TRUANT, a/k/a Rick Truant, told the undercover agent that he had just spoken with a person named "WOLFGANG," who told TRUANT that he had both green and brown Madagascan Tree Boas for sale at the price of $900 apiece.

**B.**     Sale and Smuggling of Six Madagascan Tree Boas and Six Radiated Tortoises

4.     On or about February 20, 1995, FRANK H. LEHMEYER offered to sell to the undercover agent baby Madagascan Tree Boas for $800 each, and "big" female Madagascan Tree Boas for $1,200 each.

5.     On or about February 20, 1995, ENRICO JOSEPH TRUANT, a/k/a Rick Truant, gave the undercover agent a telephone number in Germany for a person he identified as "WOLFGANG KLOE." ENRICO JOSEPH TRUANT, a/k/a Rick Truant, said he was interested in purchasing some of the Madagascan Tree Boas being offered for sale by WOLFGANG MICHAEL KLOE and FRANK H. LEHMEYER and remarked that he and the undercover agent might have to go get them and "bring them back in a sock in your pocket, you know."

6.     On or about February 22, 1995, WOLFGANG MICHAEL KLOE told the undercover agent that the Madagascan Tree Boas he was offering for sale were the same animals offered by FRANK H. LEHMEYER and that he could not ship them to the United States because he did not have CITES permits for the animals. WOLFGANG MICHAEL KLOE said that he possessed "wild caught" Radiated Tortoises for sale which had recently been transported from Madagascar, but said he was reluctant to talk about these animals over the telephone.

7.     On or about February 26, 1995, WOLFGANG MICHAEL KLOE agreed to sell the undercover agent six Radiated Tortoises and four juvenile Madagascan Tree Boas, saying that an unidentified friend would transport the animals to New York for transfer to the undercover agent or ENRICO JOSEPH TRUANT, a/k/a Rick Truant.

10

WOLFGANG MICHAEL KLOE mentioned that the friend would not transport adult snakes because their size made him wary of having "a problem" at the airport.

8.     On or about February 27, 1995, FRANK H. LEHMEYER, while discussing the impending sale of Madagascan Tree Boas and Radiated Tortoises with the undercover agent, said that he and WOLFGANG MICHAEL KLOE were sometimes partners and added "these are not two separate businesses, this is one business." FRANK H. LEHMEYER told the undercover agent that the "Sanzinia" he would send to the undercover agent had been born to "gravid" (pregnant) animals he and WOLFGANG MICHAEL KLOE had taken from the wild, and added "we didn't breed them." FRANK H. LEHMEYER said his friend would be traveling with another person and he believed that these individuals would reserve a room at the Waldorf Astoria Hotel in Manhattan (New York).

9.     On or about February 28, 1995, FRANK H. LEHMEYER confirmed that a man named "ROLAND," whose first name he spelled "R-O-L-E-N-D," would meet the undercover agent and effect the sale and transfer of the Radiated Tortoises and Madagascan Tree Boas at the Waldorf Astoria Hotel, 301 Park Avenue, Manhattan, at eight o'clock in the morning in the reception/lobby area the following Saturday.

10.     On or about March 2, 1995, ENRICO JOSEPH TRUANT, a/k/a Rick Truant, wired $1,496 from Canada to a bank account in Arizona held by the undercover agent. On that same day, ENRICO JOSEPH TRUANT, a/k/a Rick Truant, told the undercover agent that the wired money was payment for two of the Madagascan Tree Boas to be transported to the United States by a person he identified as "ROLAND." ENRICO JOSEPH TRUANT, a/k/a Rick Truant, also told the undercover agent to conceal the true

nature of the two Madagascan Tree Boas when the undercover agent sent them to ENRICO
JOSEPH TRUANT, a/k/a Rick Truant, in Canada, because the snakes did not have
"papers."

11.     On March 4, 1995, ROLAND WERNER met the undercover agent at
the Waldorf Astoria Hotel in New York City, and gave the undercover agent six Madagascan
Tree Boas and six Radiated Tortoises in exchange for $6,000 in cash and the promise that
ENRICO JOSEPH TRUANT, a/k/a Rick Truant's, $1,500 would be sent later to FRANK
H. LEHMEYER for the two Madagascan Tree Boas which were intended for ENRICO
JOSEPH TRUANT, a/k/a Rick Truant. ROLAND WERNER admitted to the undercover
agent that he had falsified his Customs declaration form and that his suitcase had not been
searched upon clearing United States Customs. ROLAND WERNER stated that he had
been present in Madagascar with FRANK H. LEHMEYER when some animals were
collected/purchased in that country.

12.     On or about March 5, 1995, FRANK H. LEHMEYER told the
undercover agent to wire money for the smuggled reptiles to a bank account in Germany
controlled by WOLFGANG MICHAEL KLOE, and not into FRANK H. LEHMEYER'S
bank account.  During this conversation, FRANK H. LEHMEYER told the undercover
agent that "also WERNER told me that it was, he called me, uh, Friday night and said it was
absolutely no problem in New York, that they, no, no control there and was, he could take
more - he was a little bit worried about the tortoises but . . . he said he could easily take
more with him if he would known earlier as easy as it was."

13.     On or about March 5, 1995, WOLFGANG MICHAEL KLOE told the
undercover agent where to wire the $1,500, which was ENRICO JOSEPH TRUANT, a/k/a

Rick Truant's, part of the payment for two Madagascan Tree Boas that TRUANT was to receive from the animals smuggled by ROLAND WERNER.

14.     On about March 12, 1995, WOLFGANG MICHAEL KLOE received, at a bank account he had designated in Germany, a wire transfer of $1,500 sent from the undercover agent's bank account in Arizona on or about March 10, 1995.

15.     On or about March 12, 1995, FRANK H. LEHMEYER called the undercover agent to confirm that "Rick's money" had been transferred to the WOLFGANG MICHAEL KLOE bank account as they had previously arranged.

C.   Smuggling of Four Spider Tortoises, Nineteen Radiated Tortoises and Fourteen Madagascan Tree Boas

16.     On or about March 12, 1995, FRANK H. LEHMEYER told the undercover agent that he (LEHMEYER) and WOLFGANG MICHAEL KLOE had agreed to sell to the undercover agent eleven additional Radiated Tortoises for the total price of $7,000. FRANK H. LEHMEYER said he wanted to transfer the animals to the undercover agent quickly, to avoid their detection by German Customs authorities while he was holding them at a friend's residence.  FRANK H. LEHMEYER said he would not transport the animals to the United States himself, explaining that his frequent trips to Madagascar might make him the subject of scrutiny by authorities.

17.     On or about March 18, 1995, FRANK H. LEHMEYER and WOLFGANG MICHAEL KLOE spoke to the undercover agent in a single telephone conversation, saying they wished to sell the undercover agent eleven additional Radiated Tortoises, but WOLFGANG MICHAEL KLOE declined to transport them to the United States himself, saying it was too dangerous for him to do so.

13

18.     On or about March 31, 1995, FRANK H. LEHMEYER agreed to sell the undercover agent eleven Radiated Tortoises and four Madagascan Tree Boas for the total price of $10,000. FRANK H. LEHMEYER agreed that the undercover agent should wire half of the money ($5,000) to WOLFGANG MICHAEL KLOE the following week.

19.     On or about April 3, 1995, WOLFGANG MICHAEL KLOE agreed that the undercover agent would send a down payment of $5,000 by wire transfer for the eleven Radiated Tortoises and four Madagascan Tree Boas being sold to the undercover agent by FRANK H. LEHMEYER and WOLFGANG MICHAEL KLOE.

20.     On or about April 12, 1995, WOLFGANG MICHAEL KLOE received a bank-to-bank wire transfer of $5,000 sent from the undercover agent's bank account in Arizona on or about April 7, 1995, to WOLFGANG MICHAEL KLOE's bank account in Germany.

21.     Between April 1995 and July 1995, ENRICO JOSEPH TRUANT, a/k/a Rick Truant, told the undercover agent during several conversations that he (TRUANT) was attempting to locate a person to travel to Germany and transport reptiles being held there by FRANK H. LEHMEYER and WOLFGANG MICHAEL KLOE.

22.     On or about July 26, 1995, WOLFGANG MICHAEL KLOE told the undercover agent that FRANK H. LEHMEYER had Spider Tortoises available for $1,000 apiece and agreed to sell three of these Spider Tortoises to the undercover agent.

23.     On or about July 28, 1995 FRANK H. LEHMEYER agreed that $7,800 should be wire-transferred to a bank account held by WOLFGANG MICHAEL KLOE, which was the balance due FRANK H. LEHMEYER and WOLFGANG MICHAEL KLOE

for the eleven Radiated Tortoises, four Madagascan Tree Boas and three Spider Tortoises they were holding for the undercover agent.

24.     On or about August 1, 1995, ENRICO JOSEPH TRUANT, a/k/a Rick Truant, sent a person named "Debra" from Canada to Germany, where FRANK H. LEHMEYER and WOLFGANG MICHAEL KLOE gave her six Spider Tortoises, twenty-six Radiated Tortoises, and fourteen Madagascan Tree Boas to smuggle out of Germany and into Canada.

25.     On or about August 6, 1995, WOLFGANG MICHAEL KLOE received a wire transfer of $7,800 at a bank account in Germany which had been sent from the undercover agent's bank account in Arizona on or about August 2, 1995, as payment for the reptiles.

26.     On or about August 9, 1995, ENRICO JOSEPH TRUANT, a/k/a Rick Truant, received this shipment of six Spider Tortoises, twenty-six Radiated Tortoises, and fourteen Madagascan Tree Boas from FRANK H. LEHMEYER and WOLFGANG MICHAEL KLOE, following their arrival in Canada concealed in "Debra's" luggage. On this date, ENRICO JOSEPH TRUANT, a/k/a Rick Truant, told the undercover agent "yeah, well, you see this is very smooth, see the, the biggest problem is . . . is not getting into Germany, it's not a problem . . . getting out of Germany is not a problem - uh, the only problem is getting to the United States . . ."

27.     On or about August 11, 1995, ENRICO JOSEPH TRUANT, a/k/a Rick Truant, directed a person to ship from Detroit, Michigan to the undercover agent in Arizona some of the reptiles TRUANT had received via "Debra," that is, four Spider Tortoises, nineteen Radiated Tortoises and fourteen Madagascan Tree Boas. This shipment was

comprised of the reptiles previously purchased by the undercover agent from FRANK H. LEHMEYER and WOLFGANG MICHAEL KLOE, (three Spider Tortoises, eleven Radiated Tortoises and four Madagascan Tree Boas), along with an additional eight Radiated Tortoises, ten Madagascan Tree Boas and one Spider Tortoise which the undercover agent had not requested.

### D.  Sale and Smuggling of Eight Spider Tortoises, Twenty-Six Radiated Tortoises, Ten Madagascan Tree Boas and Four Savu Pythons at Orlando, Florida

28.   On or about August 16, 1995, OLAF STROHMANN approached the undercover agent at Orlando International Airport while the undercover agent awaited the arrival of FRANK H. LEHMEYER and WOLFGANG MICHAEL KLOE, and said he was a friend of LEHMEYER and KLOE.  OLAF STROHMANN told the undercover agent he had been in New York with ROLAND WERNER when the undercover agent "picked up" the reptiles there in March 1995.  OLAF STROHMANN told the undercover agent that he had Radiated and Spider Tortoises in his car which he had recently brought into the United States through New Jersey.

29.   A short time later that day, FRANK H. LEHMEYER and WOLFGANG MICHAEL KLOE arrived in Orlando, Florida from Germany.  Upon arriving, WOLFGANG MICHAEL KLOE said "we're a little bit nervous," and FRANK H. LEHMEYER added "sometimes the problem is to get busted here."  FRANK H. LEHMEYER said he was worried about having his baggage x-rayed.  Indicating OLAF STROHMANN, who was present, FRANK H. LEHMEYER said he had paid for OLAF STROHMANN's airline ticket and that OLAF STROHMANN had brought to the United States eight "spiders" and twenty-six "radiated."  FRANK H. LEHMEYER said that he and WOLFGANG MICHAEL KLOE had brought ten Madagascan Tree Boas into Orlando with

16

them.  FRANK H. LEHMEYER explained that "if you're smuggling (inaudible) so if you take them to Europe or out of Madagascar - if you go to jail here its like a holiday camp, not like Madagascar - I know what I'm talking about."  During this conversation FRANK H. LEHMEYER also told the undercover agent that he had recently found a small airport in Madagascar and related that "now I can bring everything out."

30.     Later that day, at a hotel room in Kissimmee, Florida, WOLFGANG MICHAEL KLOE handed the undercover agent a cloth bag and said it contained the Madagascan Tree Boas he and FRANK H. LEHMEYER had brought into Orlando that day.  WOLFGANG MICHAEL KLOE called these "fresh Sanzinias."

31.     During this meeting FRANK H. LEHMEYER and WOLFGANG MICHAEL KLOE sold one of these Madagascan Tree Boas to the undercover agent for the price of $700.

32.     During this meeting, FRANK H. LEHMEYER accepted from the undercover agent one Spider Tortoise and eight Radiated Tortoises, which were some of the extra reptiles which had been included in the "Debra" shipment by FRANK H. LEHMEYER and WOLFGANG MICHAEL KLOE.

33.     During this meeting, FRANK H. LEHMEYER and WOLFGANG MICHAEL KLOE received from the undercover agent, along with the extra reptiles mentioned above, $7,000 as final payment for the undercover agent's share of the animals he had purchased as part of the "Debra" shipment.

34.     The next day, August 17, 1995, after arriving in Orlando, Florida on a flight from Canada, ENRICO JOSEPH TRUANT, a/k/a Rick Truant, accepted $1,500 from the undercover agent as payment for transportation costs and smuggling fees associated with

the trip by ENRICO JOSEPH TRUANT, a/k/a Rick Truant's, friend "Debra" to Germany and back to Canada in August 1995, during which "Debra" smuggled reptiles from Germany into Canada.

35.     Later on August 17, 1995, in Kissimmee, Florida, FRANK H. LEHMEYER, WOLFGANG MICHAEL KLOE, ENRICO JOSEPH TRUANT, a/k/a Rick Truant, and the undercover agent met and discussed issues related to the reptile smuggling and sale scheme. During this meeting WOLFGANG MICHAEL KLOE told the undercover agent that he and FRANK H. LEHMEYER had also brought into Orlando four Savu Pythons. During this meeting, FRANK H. LEHMEYER discussed his methods of collecting reptiles in Madagascar, his practice of bribing officials in Madagascar in order to facilitate the unlawful removal of reptiles from that country, and of OLAF STROHMANN's contacts at a German airport which allowed FRANK H. LEHMEYER to know which airline was likely to x-ray departing baggage. During this meeting, ENRICO JOSEPH TRUANT, a/k/a Rick Truant, discussed the ease of smuggling reptiles into Canada and the relative difficulty of smuggling reptiles into the United States through different airports. During this meeting, FRANK H. LEHMEYER and WOLFGANG MICHAEL KLOE described their need to have payments for illegal reptile shipments wired into specific different accounts in order to avoid scrutiny by tax officials. During this meeting, FRANK H. LEHMEYER said that he intended to travel again to Madagascar before December (1995) and return to Germany in late January (1996), after which he hoped he would have additional Madagascan reptiles available for sale. During this meeting, FRANK H. LEHMEYER asked the undercover agent if the undercover agent would object to him (LEHMEYER) offering other individuals the opportunity to buy the Madagascan animals presently in his possession (i.e. the ten

Madagascan Tree Boas and four Savu Pythons he and WOLFGANG MICHAEL KLOE had smuggled into Orlando the day before; the eight Spider Tortoises and twenty-six Radiated Tortoises smuggled into the United States at New Jersey by OLAF STROHMANN the week before; and the one Spider Tortoise and eight Radiated Tortoises returned to FRANK H. LEHMEYER and WOLFGANG MICHAEL KLOE by the undercover agent as surplusage from the "Debra" shipment). FRANK H. LEHMEYER told the undercover agent that he had "extra" tortoises, saying that "because of, uh, (inaudible) Madagascans arrive two weeks ago, I had, uh, about four hundred and twenty tortoises . . . everything without permits."

E.   Sale and Smuggling Of Fourteen Madagascan Tree Boas and Fourteen Spider Tortoises

36.   On or about November 16, 1995, ENRICO JOSEPH TRUANT, a/k/a Rick Truant, told the undercover agent that he (TRUANT) had arranged for a person named "Nancy" to travel to Germany with the "special suitcase," meet with WOLFGANG MICHAEL KLOE and FRANK H. LEHMEYER, deliver certain reptiles to FRANK H. LEHMEYER, and bring back to Canada several Madagascan Tree Boas and nine tortoises for the undercover agent. ENRICO JOSEPH TRUANT, a/k/a Rick Truant, said he would pay for Nancy's airline ticket and asked the undercover agent to wire $1,000 to Germany which would be paid to Nancy as a fee for her participation in the trip.

37.   On or about November 19, 1995, WOLFGANG MICHAEL KLOE arranged to receive a wire transfer from the undercover agent in the amount of $7,750, of which $6,750 was intended as partial payment for the Madagascan Tree Boas and nine Spider Tortoises which were soon to be smuggled by Nancy from Germany to ENRICO JOSEPH TRUANT, a/k/a Rick Truant, and then to the undercover agent, and $1,000 of which was intended as a fee to be paid to Nancy.

38.     On the same day, WOLFGANG MICHAEL KLOE offered to sell the undercover agent three additional Madagascan Tree Boas for $1,000 each, saying that Nancy could transport them from Germany and that the undercover agent could pay for the snakes at a later date.  KLOE said he hoped to have fifty Madagascan Tree Boas available for sale to the undercover agent at a later date.

39.     On or about December 1, 1995, WOLFGANG MICHAEL KLOE received a $7,500 bank-to-bank wire transfer at an account controlled by WOLFGANG MICHAEL KLOE in Germany, which the undercover agent had sent from his bank account in Arizona on November 24, 1995.

40.     On or about November 25, 1995, WOLFGANG MICHAEL KLOE met the paid smuggler, Nancy, at the Frankfurt airport and took her to his residence.  Later that day, WOLFGANG MICHAEL KLOE repeated his offer to sell the undercover agent three additional adult Madagascan Tree Boas, referring to them as "Sanzinia," which the undercover agent accepted.  WOLFGANG MICHAEL KLOE said that one of these adult snakes was from FRANK H. LEHMEYER's collection.  WOLFGANG MICHAEL KLOE said that he had paid Nancy the $1,000 smuggling fee.  WOLFGANG MICHAEL KLOE told the undercover agent that Nancy would return to Toronto the following Monday and that ENRICO JOSEPH TRUANT, a/k/a Rick Truant, would pick her up at the airport.

41.     On or about November 28, 1995, FRANK H. LEHMEYER placed fourteen Spider Tortoises and fourteen Madagascan Tree Boas into Nancy's suitcase and escorted her to the Frankfurt airport.

42.     On or about November 28, 1995, FRANK H. LEHMEYER described Nancy's departure from Germany to the undercover agent, saying "We had a problem

20

because they x-rayed on Monday all the departure on Lufthansa." FRANK H. LEHMEYER said: "Nancy checked in at the Business Class and they didn't x-ray there, and they let her go through, uh, at the Business Class check-in.  That was big luck for us."

43. On or about November 28, 1995, ENRICO JOSEPH TRUANT, a/k/a Rick Truant, received from Nancy fourteen Spider Tortoises and fourteen Madagascan Tree Boas which she had transported that day from Germany to Canada, concealed in her luggage.

44. On the same day, ENRICO JOSEPH TRUANT, a/k/a Rick Truant, told the undercover agent "I've got to get everything over the other border, too," and added "The hard part's done; we just got to do the other border too, now."

45. On or about December 1, 1995, ENRICO JOSEPH TRUANT, a/k/a Rick Truant, told the undercover agent that the person who would transport the undercover agent's portion of the recent reptile shipment, which consisted of three Madagascan Tree Boas and nine Spider Tortoises, from Canada to the United States, was ready to do so. Later that day, ENRICO JOSEPH TRUANT, a/k/a Rick Truant, told the undercover agent he possessed a German CITES Appendix I permit for the Madagascan Tree Boas, which had been sent to him by FRANK H. LEHMEYER.  ENRICO JOSEPH TRUANT, a/k/a Rick Truant, said "We only use that permit if you have to" and "He (LEHMEYER) wants it sent back if everything's ok."

46. On or about December 2, 1995, ENRICO JOSEPH TRUANT, a/k/a Rick Truant, with the assistance of another person, shipped nine Spider Tortoises and three Madagascan Tree Boas to the undercover agent in Arizona by commercial airline from Detroit.

**F.    Sale and Smuggling of Four Spider Tortoises, Sixty-One Madagascan Tree Boas and Two Madagascan Ground Boas**

47.    On or about December 3, 1995, WOLFGANG MICHAEL KLOE said he would soon travel to Madagascar with FRANK H. LEHMEYER and asked the undercover agent how many more tortoises the undercover agent wanted to purchase.

48.    On or about January 19, 1996, FRANK H. LEHMEYER told the undercover agent that he and WOLFGANG MICHAEL KLOE had just returned from Madagascar with twenty-five "gravid" (pregnant) Madagascan Tree Boas and "a bunch" of Madagascan Ground Boas and offered to sell several of the animals to the undercover agent. FRANK H. LEHMEYER said he would sell medium-sized Madagascan Ground Boas for $5,000 per pair.

49.    On or about January 24, 1996, WOLFGANG MICHAEL KLOE also told the undercover agent that he and FRANK H. LEHMEYER had just returned from Madagascar with many "Sanzinia" (Madagascan Tree Boas) and Madagascan Ground Boas and offered to sell the undercover agent several of them.

50.    On or about February 11, 1996, WOLFGANG MICHAEL KLOE received a bank-to-bank transfer of $10,000 at a bank account in Germany, which had been sent from the undercover agent's bank account in Arizona on or about February 6, 1996, as a down payment on reptiles to be purchased within the coming weeks.

51.    On or about February 8, 1996, FRANK H. LEHMEYER agreed to sell the undercover agent four Spider Tortoises, twenty Madagascan Tree Boas, and two Madagascan Ground Boas.

52.    On or about February 17, 1996, WOLFGANG MICHAEL KLOE, echoing FRANK H. LEHMEYER's statement of February 8, agreed to sell the undercover

22

agent four Spider Tortoises, twenty Madagascan Tree Boas, and two Madagascan Ground Boas.

53.     On or about March 11, 1996, ENRICO JOSEPH TRUANT, a/k/a Rick Truant, told the undercover agent that "Nancy" was not available to travel to Germany and transport the reptiles to Canada.

54.     On or about March 21, 1996, FRANK H. LEHMEYER said that he was not willing to transport the Madagascan reptiles to the United States himself because he feared detection by United States law enforcement authorities.   FRANK H. LEHMEYER stated that OLAF STROHMANN was not available to act as the smuggler of these animals, and that ROLAND WERNER had declined to do so.

55.     On or about March 28, 1996, WOLFGANG MICHAEL KLOE said that he (KLOE) had brought reptiles into the United States on each of his prior trips to this country without detection by law enforcement authorities.

56.     On or about April 4, 1996, FRANK H. LEHMEYER advised the undercover agent regarding which airports to use for smuggling the Madagascan reptiles into the United States, if the undercover agent should choose to smuggle the animals himself.

57.     On or about April 21, 1996, WOLFGANG MICHAEL KLOE received a bank-to-bank wire transfer of $5,000 at a bank account in Germany which had been sent from the undercover agent's account in Arizona on or about April 16, 1996, as partial payment for the four Spider Tortoises, twenty Madagascan Tree Boas, and two Madagascan Ground Boas FRANK H. LEHMEYER and WOLFGANG MICHAEL KLOE were holding for the undercover agent in Germany.

58.     On or about May 10, 1996, WOLFGANG MICHAEL KLOE told the undercover agent of a new bank account into which he wanted the undercover agent to wire any additional payments.  On or about May 12, 1996, WOLFGANG MICHAEL KLOE sent a facsimile message to the undercover agent describing the name and banking information of the account into which he wanted future payments sent.

59.     On or about May 26, 1996, WOLFGANG MICHAEL KLOE received a bank-to-bank wire transfer of $7,000 at the new bank account in Germany, which had been sent from the undercover agent's account in Arizona on or about May 20, 1996, as further payment for the four Spider Tortoises, twenty Madagascan Tree Boas, and two Madagascan Ground Boas that FRANK H. LEHMEYER and WOLFGANG MICHAEL KLOE were holding in Germany for the undercover agent.

60.     On or about May 27, 1996, WOLFGANG MICHAEL KLOE told the undercover agent he had found two people who would bring the four Spider Tortoises, twenty Madagascan Tree Boas and two Madagascan Ground Boas from Germany into the United States, but he was not yet sure if they would enter through New York or Florida.

61.     During telephone conversations in July 1996, FRANK H. LEHMEYER told the undercover agent that he had been warned that the undercover agent was, in fact, a federal agent, and he was, for this and other reasons, reluctant to travel to the United States to visit the National Reptile Breeders Expo in Orlando, Florida in August 1996 as he had planned.  FRANK H. LEHMEYER said that he would not be arranging to send the two smugglers to the United States with the four Spider Tortoises, twenty Madagascan Tree Boas and two Madagascan Ground Boas he was holding for the undercover agent.

24

62.     On or about and between August 10, 1996 and August 13, 1996, FRANK H. LEHMEYER, directed his wife, Wendela Lehmeyer, to place four Spider Tortoises and sixty-one Madagascan Tree Boas into the luggage of SIMON DAVID HARRIS, after which FRANK H. LEHMEYER escorted SIMON DAVID HARRIS to the Frankfurt, Germany airport for departure to Orlando, Florida.

63.     On or about August 13, 1996, SIMON DAVID HARRIS entered the United States at Orlando, Florida, carrying four Spider Tortoises and sixty-one Madagascan Tree Boas in his luggage, for which he possessed no CITES permits, and which he did not present or declare to any United States authority.

64.     On or about August 14, 1996, WOLFGANG MICHAEL KLOE told SIMON DAVID HARRIS to meet him the next day in Bushnell, Florida, so that WOLFGANG MICHAEL KLOE could take possession of the four Spider Tortoises and sixty-one Madagascan Tree Boas HARRIS had smuggled into the United States.

65.     On or about August 15, 1996, WOLFGANG MICHAEL KLOE met with SIMON DAVID HARRIS for the purpose of taking possession of the four Spider Tortoises, and sixty-one Madagascan Tree Boas HARRIS had smuggled into the United States.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

On or about March 2, 1995, in the foreign country of Canada,

### ENRICO JOSEPH TRUANT
a/k/a Rick Truant

the defendant herein, did knowingly transport, transmit, and transfer, and attempt to transport, transmit, and transfer, monetary instruments and funds, that is, approximately

$1,496 in United States currency, from a place outside the United States, that is, Windsor, Ontario, Canada, to a place within the United States, that is, Arizona, with the intent to promote the carrying on of specified unlawful activity, that is, the smuggling of wildlife from Germany into the United States, in violation of Title 18, United States Code, Section 545.

All in violation of Title 18, United States Code, Section 1956(a)(2)(A).

### COUNT THREE

On or about March 4, 1995 in the foreign country of Germany, and elsewhere,

**FRANK H. LEHMEYER**
**WOLFGANG MICHAEL KLOE**
**and**
**ROLAND WERNER**

the defendants herein, knowingly and fraudulently brought into the United States certain merchandise, namely, six Madagascan Tree Boas (Sanzinia madagascariensis) and six Radiated Tortoises (Geochelone radiata), contrary to law, by failing to declare said merchandise to any official of the United States Customs Service, in violation of Title 19, United States Code, Section 148.11; failing to declare and make the wildlife available to any representative of the United States Fish and Wildlife Service, in violation of Title 50, Code of Federal Regulations, Sections 14.52 and 14.61; and failing to obtain the necessary CITES permits for importation of the animals, in violation of Title 16, United States Code, Section 1538(c)(1).

All in violation of Title 18, United States Code, Sections 545 and 2.

## COUNT FOUR

On or about August 11, 1995, in the foreign countries of Germany and Canada and elsewhere,

**FRANK H. LEHMEYER
WOLFGANG MICHAEL KLOE
and
ENRICO JOSEPH TRUANT
a/k/a Rick Truant**

the defendants herein, knowingly and fraudulently brought into the United States certain merchandise, namely, fourteen Madagascan Tree Boas (Sanzinia madagascariensis), nineteen Radiated Tortoises (Geochelone radiata), and four Spider Tortoises (Pyxis arachnoides), contrary to law, by failing to declare said merchandise to any official of the United States Customs Service, in violation of Title 19, United States Code, Section 148.11; failing to declare and to make the wildlife available to any representative of the United States Fish and Wildlife Service, in violation of Title 50, Code of Federal Regulations, Sections 14.52 and 14.61; and failing to obtain the necessary CITES permits for importation of the animals, in violation of Title 16, United States Code, Section 1538(c)(1).

All in violation of Title 18, United Section 545 and 2.

## COUNT FIVE

Between on or about August 12, 1995, and August 16, 1995, within the Middle District of Florida, and elsewhere,

**FRANK H. LEHMEYER
WOLFGANG MICHAEL KLOE
and
OLAF STROHMANN**

defendants herein, knowingly and fraudulently facilitated the transportation, concealment, and sale of certain merchandise, namely, approximately eight Spider Tortoises (Pyxis

arachnoides) and twenty-six Radiated Tortoises (Geochelone radiata), which had been imported into the United States contrary to law, in that the merchandise had not been declared to any official of the United States Customs Service, in violation of Title 19, United States Code, Section 148.11; had not been declared and made available to any representative of the United States Fish and Wildlife Service, in violation of Title 50, Code of Federal Regulations, Sections 14.52 and 14.61; and had not been imported under the authority of any necessary CITES permits, in violation of Title 16, United States Code, Section 1538(c)(1); by transporting the merchandise from New Jersey to Orlando, Florida, knowing the merchandise had been imported and brought into the United States contrary to law.

All in violation of Title 18, United States Code, Sections 545 and 2.

## COUNT SIX

On or about August 16, 1995, within the Middle District of Florida,

**FRANK H. LEHMEYER**
and
**WOLFGANG MICHAEL KLOE**

the defendants herein, knowingly and fraudulently brought into the United States certain merchandise, namely, approximately ten Madagascan Tree Boas (Sanzinia madagascariensis) and approximately four Savu Pythons (Liasis mackloti), contrary to law, by failing to declare said merchandise to any official of the United States Customs Service, in violation of Title 19, United States Code, Section 148.11; failing to declare and make the wildlife available to any representative of the United States Fish and Wildlife Service, in violation of Title 50, Code of Federal Regulations, Sections 14.52 and 14.61; and by failing to obtain the necessary CITES permits for importation of the animals, in violation of Title 16, United States Code, Section 1538(c)(1).

All in violation of Title 18, United States Code, Sections 545 and 2.

COUNT SEVEN

On or about August 16, 1995, within the Middle District of Florida,

FRANK H. LEHMEYER<br>and<br>WOLFGANG MICHAEL KLOE

defendants herein, knowingly engaged in conduct involving the sale and purchase, the offer

of sale and purchase, and the intent to sell and purchase, wildlife, having a market value in

excess of $350, to wit: one Spider Tortoise (Pyxis arachnoides) and eight Radiated Tortoises

(Geochelone radiata), by receiving and acquiring said wildlife, knowing said wildlife had been

possessed and transported in violation of United States law, specifically Title 18, United

States Code, Section 545.

All in violation of Title 16, United States Code, Sections 3372(a)(1) and

3373(d)(1)(B) and Title 18, United States Code, Section 2.

COUNT EIGHT

On or about August 16, 1995, within the Middle District of Florida,

FRANK H. LEHMEYER<br>and<br>WOLFGANG MICHAEL KLOE

the defendants herein, knowingly and unlawfully received in interstate commerce, within the

course of commercial activity, an endangered species, to wit: eight Radiated Tortoises

(Geochelone radiata).

All in violation of Title 16, United States Code, Sections 1538(a)(1)(E) and

1540(b)(1) and Title 18, United States Code, Section 2.

29

## COUNT NINE

On or about August 16, 1995, within the Middle District of Florida,

### FRANK H. LEHMEYER
### and
### WOLFGANG MICHAEL KLOE

the defendants herein, knowingly engaged in conduct involving the sale and purchase, the

offer of sale and purchase, and the intent to sell and purchase, wildlife, having a market

value in excess of $350, to wit: one Madagascan Tree Boa (Sanzinia madagascariensis), by

selling said wildlife, knowing said wildlife had been possessed and transported in violation

of United States law, specifically Title 18, United States Code, Section 545.

All in violation of Title 16, United States Code, Sections 3372(a)(1) and

3373(d)(1)(B) and Title 18, United States Code, Section 2.

## COUNT TEN

On or about December 1, 1995, in the foreign countries of Germany and Canada and

elsewhere,

### FRANK H. LEHMEYER
### WOLFGANG MICHAEL KLOE
### and
### ENRICO JOSEPH TRUANT
### a/k/a Rick Truant

the defendants herein, knowingly and fraudulently brought into the United States certain

merchandise, namely, three adult Madagascan Tree Boas (Sanzinia madagascariensis), and

nine Spider Tortoises (Pyxis arachnoides), contrary to law, by failing to declare said

merchandise to any official of the United States Customs Service, in violation of Title 19,

United States Code, Section 148.11; failing to declare and make the wildlife available to any

representative of the United States Fish and Wildlife Service, in violation of Title 50, Code

of Federal Regulations, Sections 14.52 and 14.61; and by failing to obtain the necessary CITES permits for importation of the animals, in violation of Title 16, United States Code, Section 1538(c)(1).

All in violation of Title 18, United States Code, Sections 545 and 2.

## COUNTS ELEVEN THROUGH SEVENTEEN

On or about the dates listed below, in the foreign country of Germany,

### FRANK H. LEHMEYER
### and
### WOLFGANG MICHAEL KLOE

the defendants herein, with the intent to promote the carrying on of specified unlawful activity, that is, the smuggling of wildlife into the United States in violation of Title 18, United States Code, Section 545, did knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce involving property represented by a law enforcement officer to be the proceeds of specified unlawful activity, and used to conduct and facilitate specified unlawful activity, as follows:

| COUNT | DATE WIRE SENT | AMOUNT |
|-------|----------------|--------|
| Eleven | March 10, 1995 | $1,500 |
| Twelve | April 7, 1995 | $5,000 |
| Thirteen | August 2, 1995 | $7,800 |
| Fourteen | November 24, 1995 | $7,500 |
| Fifteen | February 6, 1996 | $10,000 |
| Sixteen | April 16, 1996 | $5,000 |
| Seventeen | May 20, 1996 | $7,000 |

All in violation of Title 18, United States Code, Sections 1956(a)(3)(A) and 2.

31

## COUNT EIGHTEEN

On or about August 13, 1996, within the Middle District of Florida,

**FRANK H. LEHMEYER**
**WOLFGANG MICHAEL KLOE**
**and**
**SIMON DAVID HARRIS**

the defendants herein, knowingly and fraudulently brought into the United States certain

merchandise, namely: approximately four Spider Tortoises (Pyxis arachnoides) and sixty-one

Madagascan Tree Boas (Sanzinia madagascariensis), contrary to law, by failing to declare

said merchandise to any official of the United States Customs Service, in violation of Title

19, United States Code, Section 148.11; failing to declare and make the wildlife available to

any representative of the United States Fish and Wildlife Service, in violation of Title 50,

Code of Federal Regulations, Sections 14.52 and 14.61; and by failing to obtain the necessary

CITES permits for importation of the animals, in violation of Title 16, United States Code,

Section 1538(c)(1).

All in violation of Title 18, United States Code, Sections 545 and 2.

## COUNT NINETEEN

On or about August 15, 1996, within the Middle District of Florida,

**WOLFGANG MICHAEL KLOE**

the defendant herein, knowingly attempted to escape from the lawful custody of an officer

of the United States, wherein he was held by virtue of his lawful arrest for a felony offense,

to wit: Title 18, United States Code, Section 545.

All in violation of Title 18, United States Code, Section 751(a).

32

## FORFEITURES

1.    The allegations contained in Counts Two through Six and Ten through Eighteen of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 982.

2.    The defendant FRANK H. LEHMEYER, WOLFGANG MICHAEL KLOE, ENRICO JOSEPH TRUANT, a/k/a Rick Truant, ROLAND WERNER, OLAF STROHMANN and SIMON DAVID HARRIS, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2), any and all right, title, and interest they may have in any property constituting, and derived from, proceeds the defendant FRANK H. LEHMEYER, WOLFGANG MICHAEL KLOE, ENRICO JOSEPH TRUANT, a/k/a Rick Truant, ROLAND WERNER, OLAF STROHMANN and SIMON DAVID HARRIS, obtained directly and indirectly, as the result of their violation of Title 18, United States Code, Sections 1956(a)(2)(A) and/or 1956(a)(3)(A), alleged in Counts Two and Eleven through Seventeen, as well as all property and/or possessions, involved in such offense, or any property traceable to such property, and Title 18, United States Code, Section 545, alleged in Counts Three through Six, Ten, and Eighteen of this Indictment.

3.    If any of the property described above, as a result of any act or omission of the defendants:

a.    Cannot be located upon the exercise of due diligence;

b.    Has been transferred or sold to, or deposited with, a third party;

c.    Has been placed beyond the jurisdiction of the court;

d.    Has been substantially diminished in value; or

e.   Has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 982(b)(1)(A) and (B).

A TRUE BILL,

_____
FOREMAN

CHARLES R. WILSON
United States Attorney

By _____
Robert S. Anderson
Special Assistant U.S. Attorney

By _____
Elinor Colbourn
Special Assistant U.S. Attorney

By _____
Rick L. Jancha
Managing Assistant U.S. Attorney

34

GJ # 96-1-21

No. _____

# UNITED STATES DISTRICT COURT

**Middle District of Florida**
**Orlando Division**

## THE UNITED STATES OF AMERICA

vs.

**FRANK H. LEHMEYER, WOLFGANG MICHAEL KLOE, ENRICO JOSEPH TRUANT, a/k/a Rick Truant, OLAF STROHMANN, ROLAND WERNER, SIMON DAVID HARRIS**

## INDICTMENT

Violation:   18 U.S.C. §§ 371, 1956(a)(2)(A), 1956(a)(3)(A), 545, 751(a); 16 U.C.C. §§ 3372(a)(1), 3373(d)(1)(B), 1538(a)(1)(E), 1540(b)(1)

A true bill,

_____
                              Foreman

Filed in open court this ____22nd____ day

of ____August____, A.D. 1996.

_____
                              Clerk

Bail $ _____

FORM OBD-34
SEP 1978